JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN DIANNE TURNBALL<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: EDCV 20-422-KS<br><br>ORDER AND JUDGMENT OF DISMISSAL |

Pursuant to the parties' Stipulation for Dismissal that was filed on October 28, 2020, IT IS HEREBY ORDERED AND ADJUDGED that the above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

DATE: October 29, 2020

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE